

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Docket No. '22 MJ0618 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1326 Deported Alien Found In the United States |
| Marcelo ANTONIO-Lopez, | |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

On or about February 21, 2022, within the Southern District of California, defendant, Marcelo ANTONIO-Lopez an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 22, 2022.

HON. BARBARA L. MAJOR
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Marcelo ANTONIO-Lopez

## PROBABLE CAUSE STATEMENT

On February 21, 2022, Border Patrol Agent B. Gabriel was performing assigned duties in the Chula Vista Station Border Patrol Station's area of responsibility. At approximately 4:30 AM, Mobile Vehicle Surveillance System Operator Border Patrol Agent I. Palacios relayed, via service issued radio, of a group of five individuals walking northbound in an area known to Border Patrol Agents as "Matta's." This area is approximately four and a half miles east of the Otay Mesa, California, Port of Entry, and approximately five miles north of the United States/ Mexico International Boundary. Agent Gabriel responded to the area and approached the individuals that were hiding in the dense brush. Agent Gabriel identified himself as a United States Border Patrol Agent and conducted an immigration inspection. Each individual, including one later identified as defendant Marcelo ANTONIO-Lopez, stated that they are citizens of Mexico without proper immigration documents allowing them to be or remain in the United States legally. At approximately 5:30 AM, Agent Gabriel placed all individuals, including ANTONIO under arrest.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 7, 2016 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.